THE PEOPLE'S TRUST COMPANY, Respondent, *v.* WILLIAM R. PABST, Appellant.

*People's Trust Co.* v. *Pabst,* 113 App. Div. 375, affirmed.
(Argued November 21, 1907; decided December 10, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 18, 1906, affirming a judgment in favor of plaintiff

entered upon a decision of the court at a Trial Term without a jury in an action to recover on a promissory note.

*Francis A. McCloskey* for appellant.

*James M. Gifford* and *John D. Fearhake* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.